RICHARD A. BESHWATE, JR.  (#179782)
Attorney at Law
2014 Tulare St., Suite 414
Fresno, CA 93721
Telephone: 559-266-5000
Fax: 559-266-0507


Attorney for Defendant


# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| *UNITED STATES OF AMERICA,* | ) CASE NO.:  6:06-mj-00204-WMW |
| *Plaintiff,* | ) **WAIVER OF DEFENDANT'S PRESENCE** |
| vs. | ) **AT HEARINGS** |
| *JOSEPH RITCHEY* | ) Date:  11/21/06 |
| *Defendant.* | ) Time:  10:00 a.m. |
| | ) Court:  Hon. William M. Wunderlich |

　　　Defendant, JOSEPH RITCHEY, hereby waives his right to be present in person in open court, on November 21, 2006, upon the hearing of any proceeding in this cause, including but not limited to , arraignment, status conferences,  pre-trial motions, and requests for continuances, except for change of plea or trial, and imposition of sentence.

　　　Defendant hereby requests the Court to proceed during his absence and agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if he were personally present.  This request is made pursuant to Federal Rule of Criminal Procedure 43(c)(2) and (3).  This waiver is being made because Defendant, JOSEPH RITCHEY , has been charged by indictment or misdemeanor information.

Defendant acknowledges that he has been informed of his rights under 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without the defendant being present.

 /s/ Joseph Ritchey
JOSEPH RITCHEY, Defendant

201 Blackpoint Lane
Address

Santa Cruz   CA 95602
City/State/Zip Code

Dated: November 6, 2006

Respectfully submitted,

LAW OFFICE OF RICHARD A. BESHWATE, JR.

By:  /s/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant
Joseph Ritchey

* * * * * * * *

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the defendant's appearance may be waived on November 21, 2006.

DATED:

BY THE COURT:

*WILLIAM M. WUNDERLICH*
*Judge of the United States District Court*
*Eastern District - Yosemite Division*

IT IS SO ORDERED.

**Dated:**     **November 6, 2006**                                    /s/  William M. Wunderlich

mmkd34                                                          UNITED STATES MAGISTRATE JUDGE