RICHARD A. BESHWATE, JR. 179782
Attorney at Law
2014 Tulare Street, Suite 414
Fresno, CA 93721
Telephone: 559.266.5000
Facsimile: 559.266.0507

Attorney for Defendant, JOSEPH RITCHEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 6:06-mj-0204 wmw |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR A |
| v. | ) | RESETTING A STATUS CONFERENCE |
| | ) | |
| JOSEPH RITCHEY, | ) | Date: February 2, 2007 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: Hon. W.M. Wunderlich |
| | ) | |

   IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the defendant JOSEPH RITCHEY by and through his attorney, that the Status Conference set for Tuesday, February 6, 2007 at 10:00 a.m. be vacated and set on March 6, 2007 at 10:00 a.m.  The continuance is necessary because investigation in the matter is ongoing and defendant's attorney expects to have a resolution on this matter at the next court date.

                                                            Respectfully submitted,

DATED: February 2, 2007                 /s/  Richard A. Beshwate, Jr.
                                                         RICHARD A. BESHWATE, JR.
                                                         Attorney for Defendant,
                                                         JOSEPH RITCHEY

///

1
2  DATED:  February 2, 2007                    /s/   Elizabeth Waldow
                                               ELIZABETH WALDOW
3                                              Legal Officer

4                                              Approved verbally by all parties on 2/2/07

5

6
                                    **ORDER**
7
        IT IS SO ORDERED.
8
   **Dated:    February 5, 2007              /s/  William M. Wunderlich**
9  mmkd34                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28