# United States District Court

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

ORDER OF DEFERRED ENTRY OF JUDGEMENT

V.

Joseph Ritchey

CASE NUMBER: 6:06-mj-0204-WMW

Having met the conditions of supervision, the Court hereby discharges the defendant from supervision and dismisses those proceedings under which supervision has been ordered.

IT IS SO ORDERED.

**Dated:    November 8, 2007**          _____/s/  **William M. Wunderlich**_____
UNITED STATES MAGISTRATE JUDGE